**Order entered March 2, 2020**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-19-00477-CR**

**KEITHION DYWANE DERRICK, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 203rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F-1525060-P**

**ORDER**

Appellant's brief is over thirty days past due. We **ORDER** the trial court to conduct a hearing to determine why appellant's brief has not been filed. In this regard, the trial court shall make appropriate findings and recommendations and determine whether appellant desires to prosecute this appeal, whether appellant has abandoned the appeal, or whether appointed counsel has abandoned the appeal. *See* TEX. R. APP. P. 38.8(b). If the trial court cannot obtain appellant's presence at the hearing, the trial court shall conduct the hearing in appellant's absence. *See Meza*

*v. State*, 742 S.W.2d 708 (Tex. App.–Corpus Christi 1987, no pet.) (per curiam). If appellant is indigent, the trial court is **ORDERED** to take such measures as may be necessary to assure effective representation, which may include appointment of new counsel.

We **ORDER** the trial court to transmit a record of the proceedings, which shall include written findings and recommendations, to this Court within **TWENTY DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order to the Honorable Raquel Jones, Presiding Judge, 203rd Judicial District Court; to April Smith; and to the Dallas County District Attorney's Office.

This appeal is **ABATED** to allow the trial court to comply with the above order. The appeal shall be reinstated twenty days from the date of this order or when the findings are received, whichever is earlier.


/s/    LANA MYERS
        JUSTICE